UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE QUEZADA, on behalf of himself and all
others similarly situated,                                  :

                        Plaintiffs,                      :

             - against -                           :        ORDER

WALDEN LOCAL, INC.                                          :        21-CV-2578 (PGG)(KNF)
                                         :
                        Defendant.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A conference was held with counsel to the respective parties on July 6, 2021. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before December 20, 2021;

2. the last date on which to amend pleadings will be August 18, 2021;

3. a telephonic status conference will be held with the parties on October 6, 2021, at 4:00 p.m. The parties shall use dial in number (888) 557-8511 and enter access code 4862532;

4. any dispositive motion shall be made in accordance with the Individual Rules of Practice of the assigned district judge; and

5. if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before January 20, 2022.

Dated: New York, New York
       July 6, 2021

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE